Appellant.— Judgment of conviction of the County Court of Nassau county unanimously affirmed. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS GERSON, Appellant.— Judgment of conviction of the County Court of Kings county reversed on the law, and new trial granted. We think the record is sufficient to show that the assistant district attorney made improper statements to the jury in summing up as to the failure of the defendant to call witnesses to show good character. Defendant's general character was not an issue in the trial. Such statements were improper and prejudicial to the defendant and a new trial should be granted on this account. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN SCHWARTZ, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

HENRIETTA RAIDMAN, Respondent, v. MAX S. RAIDMAN, Appellant.— Appeal dismissed, with costs. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

LOUIS ROSENBLATT, Respondent, v. JOHN O. NELSON, Appellant, Impleaded with Others, Defendants. (Action No. 1, Appeal No. 1.) — Order vacating stay pending appeal affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

LOUIS ROSENBLATT, Respondent, v. JOHN O. NELSON, Appellant, Impleaded with Others, Defendants. (Action No. 1, Appeal No. 2.) — Order denying motion to open default affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

LOUIS ROSENBLATT, Respondent, v. JOHN O. NELSON, Appellant, Impleaded with Others, Defendants. (Action No. 2, Appeal No. 1.) — Order vacating stay pending appeal affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

LOUIS ROSENBLATT, Respondent, v. JOHN O. NELSON, Appellant, Impleaded with Others, Defendants. (Action No. 2, Appeal No. 2.) — Order denying motion to open default affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

WILLIAM ROSENSTEIN, Respondent, v. MORRIS SALZMAN, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

MELCHIOR A. SAVARESE, Appellant, v. CONCEPTA SAVARESE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ROBERT D. SMALLEY, Appellant, v. HOBART C. SMALLEY and Another, Individually and as Executors, etc., of MARIETTA SMALLEY, Deceased, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

BRIDGET TIERNEY, Respondent, v. HOME TITLE INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.